# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

MAURICE F. BAYLESS,

Appellant,

v.

HILLSBOROUGH COUNTY ANIMAL CONTROL,

Appellee.

No. 2D2024-2796

———————————————

October 1, 2025

Appeal from the County Court for Hillsborough County; Christopher E. Brown, Judge.

Maurice F. Bayless, pro se.

Ricardo T. Cox, Sr., Senior Assistant County Attorney, Tampa, for Appellee.

PER CURIAM.

Affirmed.

LUCAS, C.J., and BLACK and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.